SIMPSON TOLAN RESPONDENT, v. FRANK CONOVER AND ANOTHER, APPELLANTS.

APPEAL from a judgment in favor of the plaintiff, entered upon the verdict of a jury, and from an order denying a motion for a new trial.

The appellant claimed that the testimony in the case was not sufficient to sustain the verdict of the jury, but the General Term held that it was, and affirmed the judgment and order.

*Britton, Ely and Snell*, for the appellants.

*S. D. Morris*, for the respondent.

Opinion by TAPPEN, J.

Present — BARNARD, P. J., TALCOTT and TAPPEN, JJ.

Judgment and order affirmed.

---

BREWSTER WOODHULL, RESPONDENT, v. SAMUEL B. MOWER, APPELLANT.

APPEAL from a judgment in favor of the plaintiff, entered on a verdict.

"This case presents for review a pure question of fact" and "the verdict will not be disturbed."

Plaintiff in person.

*C. J. G. Hall*, for the appellant.

Opinion by BARNARD, P. J.

Present—BARNARD, P. J., TALCOTT and TAPPEN, JJ.

Judgment affirmed, with costs.